Catherine Cronin, Defendant in Error, v. Court of Honor, Plaintiff in Error.

Gen. No. 22,223.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 1, 1917.

### Statement of the Case.

Action by Catherine Cronin, plaintiff, against the Court of Honor, defendant, on a fraternal insurance policy. From a judgment for plaintiff, defendant brings error.

FRANCIS J. SULLIVAN, for plaintiff in error; WILLIAM B. RISSE, of counsel.

P. F. MURRAY, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 24*—*when assignments of error will not be reviewed.* On an appeal from the Municipal Court where the stenographic report had been stricken, and the court had thus nothing before it but the common-law record, *held* that none of the original assignments of error was open for consideration as they related to that part of the record so stricken.

2. MUNICIPAL COURT OF CHICAGO, § 24*—*when record will not be examined for omission in abstract.* On an appeal from the Municipal Court where the stenographic report had been stricken, and the original assignments of error were therefore not open for consideration, and where appellee was permitted to assign as an additional error that the statement of claim did not state a cause of action, but such statement of claim was not abstracted, *held* that the court would not go to the record to ascertain what such statement of claim contained.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.